**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**

**MICHAEL SCHNEPF,**

      **Defendant**.

_____

**AMENDED SCHEDULING ORDER**

Criminal No.  05-CR-114E(Sr)

On August 10, 2005, a pretrial conference was held with counsel and the following motion schedule was set:

(1) All responses to pretrial motions, including all supporting papers and memoranda of law in support thereof, filed in accordance with the preceding paragraph shall be filed by **October 28, 2005.**

(2) An evidentiary hearing on defendant's motions shall commence on **December 16, 2005, at 10:00 a.m.**

(3) Oral argument on any pretrial motions shall be heard on **December 6, 2005, at 10:00 a.m.**

Any requests for extension of the above dates must be in strict compliance with Local Rule 12.2 of the Local Rules of Criminal Procedure for the Western District of New York, which requires written application prior to the due date, made to the courtroom deputy.  Such application shall be made only after conferring with all other parties and shall include a suggested rescheduled date, agreeable to all parties.  As a general rule, no request for an extension will be granted unless extraordinary circumstances are present.

Failure by any party to raise defenses or objections, or to make requests which must be made prior to trial at the time set forth in this scheduling order or prior to any extension made by the court shall constitute a waiver thereof.  FedR.Crim.P. 12(f).

**Counsel for the parties are directed to provide the Court with a courtesy copy of Motions, Responses, Replies, Memoranda of Law, and Exhibits clearly marked.**

**SO ORDERED.**

/s/ H. Kenneth Schroeder, Jr.
_____
**H. KENNETH SCHROEDER, Jr.
United States Magistrate Judge**

**DATED:    October 11, 2005
            Buffalo, New York**